Carol Bavousett Mattick
Texas Bar No. 01933050
CAROL BAVOUSETT MATTICK, PLLC
110 Broadway St., Ste 690
San Antonio, TX 78205
(T): 210-272-1860
(F) 512-532-6554
Email: carol@cbmattick.com
Appearing Pro Se or Pro Hac Vice



FILED

JUN 17 2019

CLERK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| In re: | ) |
| | ) |
| Pomrenke Mining, LLC | ) Case No 19-00083 GS |
| | ) Chapter 7 |
| Debtor | ) |

### CAROL BAVOUSETT MATTICK, PLLC'S OBJECTIONS TO PROOFS OF CLAIM SUBMITTED BY NWG AND THE POMRENKES

Creditor **CAROL BAVOUSETT MATTICK, PLLC**, representing itself pro se and pro hac vice pursuant to AK LBR 9010-2(b)(1), has filed these Objections to Proofs of Claim submitted on 05/03/19 by NWG, Christine Pomrenke, Steve Pomrenke and Shawn Pomrenke.

1. Claim 1 of the group of four was filed by NWG while Claims 2, 3 and 4 relate to claims for wages and were filed by the individuals respectively.

2. To my knowledge, the basis for the Proofs of Claim for wages was in one or two statements of a budget for Pomrenke Mining. In the Written Consent of the Board of Managers for Pomrenke Mining dated September 12, 2016, the Board did adopt as its budget a set of pro forma cash flows for a three year period. (See Exhibit "M" to my Response to Trustee's Motions to Sell Assets). The Debtor never created enough operating revenue to pay all of those salaries. To my knowledge, the only one of those salaries paid was to Desoree McDougal for performing the role of controller for the Debtor. The work she undertook for the Debtor has been documented elsewhere and was approved by the Board of Managers and signified by a written contract executed by Ms. McDougal and the Debtor.

3. Regarding NWG's Proof of Claim, the Statement of Account in support of NWG's claims is completely unsubstantiated. Before they can be considered, they should be substantiated with written documentation.

4. If the claims of these insiders are allowed and NWG is allowed to bid for the assets using or getting credit for these claims, NWG will have been given priority over the non-insider unsecured claims including my firm's claim. The case law concerning approval of proposed sales to insiders generally protects the non-insider creditors.

Carol Bavousett Mattick
On behalf of
Carol Bavousett Mattick, PLLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2019, a true and correct copy of Creditor Carol Bavousett Mattick, PLLC's Objections to Proofs of Claim made by Northwest Gold Diggers, LLC, Christine Pomrenke, Steve Pomrenke and Shawn Pomrenke was served on:

Cabot C. Christianson, Esq
Michael R. Mills, Esq.
Joan Travostino, Esq.
Michelle L. Boutin, Esq.
U.S. Trustee Kenneth W. Battley

by electronic means.

/s/ Carol Bavousett Mattick
Carol Bavousett Mattick, PLLC