Eric D. Sherer
Texas Bar No. 18237890
Email: esherer@sherer.legal
Ronald J. Smeberg
Texas Bar No. 24033967
Email: ron@smeberg.com
18756 Stone Oak Parkway, Suite 200
San Antonio, Texas 78258
Tel. (210) 696-6645
Fax. (866) 305-5823
*Attorneys for Blue Water Mining, LLC
and Blue Water Gold, LLC*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

Pomrenke Mining, LLC　　　　　　　　　Case No 19-00083 GS
　　　　　　　　　　　　　　　　　　　　Chapter 7

## OBJECTION TO PROOF OF CLAIM
(Claim 3-1)

**THIS IS AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE. THIS OBJECTION ASKS THE COURT TO DISALLOW (ELIMINATE), REDUCE, OR MODIFY YOUR CLAIM AS SET FORTH IN THIS OBJECTION. IF YOU DO NOT FILE A WRITTEN RESPONSE TO THIS OBJECTION WITHIN 30 DAYS FROM THE DATE OF MAILING OF THIS OBJECTION, THE COURT MAY DISALLOW (ELIMINATE), REDUCE, OR MODIFY YOUR CLAIM AS SET FORTH IN THIS OBJECTION, WITHOUT A HEARING BEING HELD.**

**ANY RESPONSE TO THIS OBJECTION MUST EXPLAIN YOUR POSITION AND BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY CLERK, DISTRICT OF ALASKA, 605 W. 4th St., Ste. 138, ANCHORAGE, AK 99501. IF A TIMELY RESPONSE IS FILED, THE COURT WILL THEN SET A HEARING ON THE OBJECTION AND YOU WILL BE PROVIDED WITH NOTICE OF THE DATE, TIME, AND PLACE OF THE HEARING. IF YOU DO NOT ATTEND THE HEARING, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.**

TO THE HONORABLE GARY SPRAKER, UNITED STATES BANKRUPTCY JUDGE:

　　　　COME NOW, Parties-in-Interest/Equity Security Holders Blue Water Gold, LLC and Blue Water Mining, LLC (collectively, the "Blue Water Entities"), through their undersigned counsel,

Mr. Ronald J. Smeberg and Mr. Eric D. Sherer, both of Sherer Muller, PLLC, appearing herein pro hac vice, pursuant to Orders of the Court granting such motions [Docket Nos. 64 and 70, respectively], file this Objection to Proof of Claim filed by Steve Pomrenke ("Pomrenke") (Claim No.3-1), and in support thereof would show the Court the following:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334(b) and 157(a). This is a "core proceeding" pursuant to 28 U.S.C. § 157(b)(2) arising in a voluntary case commenced under Title 11 U.S.C. This is a contested matter brought pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure Venue is proper pursuant to 28 U.S.C. § 1408(1).

## BACKGROUND

2. On March 15, 2019 ("Petition Date") Pomrenke Mining, LLC ("Debtor") filed a Chapter 7 Voluntary Petition for Non-Individuals. The Section 341 meeting of creditors was held on May 16, 2019, and concluded on May 30, 2019, at which the Trustee was appointed as permanent trustee for this case. The deadline for filing claims in this case is set for July 17, 2019.

3. To date, a number of Proofs of Claim have been filed by insiders of the Debtor, including Claim No. 3-1.

## PROOF OF CLAIM

4. The Proof of Claim asserts that Pomrenke is a creditor holding a valid enforceable claim in the amount of $ 387,945.00.

## GROUNDS FOR OBJECTION

5. Pomrenke cites that his claim is based on "salary of $120,000 per year from 1/10/16 - present," but fails to provide any documentation indicating that a valid enforceable employment agreement exists, as between the Debtor and Pomrenke. Accordingly, the Proof of Claim does not

constitute a *prima facie* claim because it does not comply with the requirements set forth in Rule 3001. The claim, which is purported to be based on an employment contract established in 2016, fails to include "a copy of the writing," an explicit requirement of Rule 3001.

6. Further, Claim 1-1 is objectionable under 11 U.S.C. §502(b) based on the following:

    a. The claim is not supported by any written agreement signed by the Debtor, and is therefore "unenforceable against the debtor and property of the Debtor," the Debtor's estate, or the Trustee. *See* §502(b)(l).

    b. Pomrenke fails to provide any supporting documentation of a written agreement by the Debtor for the salary, as well as any consideration that the Debtor did not owe those salaries if the Debtor entity did not make enough money in operations to pay such salaries, and possibly other factors.

7. Representatives of the Interested Parties have reviewed the Proof of Claim and dispute and refute the amount owed. For the reasons stated above, the Proof of Claim does not support a valid claim under 11 U.S.C. §502(b) and should be disallowed, or if found to be valid in part, should be reduced by any invalid amount.

8. The Parties In Interest further plead setoff. The Blue Water Entities plead that any amounts found to be owed by Debtor to the Creditor should be setoff against amounts owed by Creditor to Debtor. More particularly, Parties in Interest contend the Creditor converted gold and other assets to its own use. Upon determining the value of converted assets this value should be offset by any value of debt owed by Debtor to Creditor.

**RELIEF REQUESTED**

9. The Proof of Claim and its supporting documents, if any, do not support the validity and/or amount of the claim, and Debtor hereby disputes the Claim to the extent not so supported.

Therefore, pursuant to 11 U.S.C. 502(b), the claim should be disallowed in its entirety or reduced.

10. The Claim, to the extent allowed, should be further reduced by the value of the converted assets.

WHEREFORE, PREMESIS CONSIDERED, the Blue Water Entities respectfully request that this Court sustain the Blue Water Entities Objections to Claim 3-1 and grant any such further relief to which they may be entitled.

> Respectfully submitted,
>
> SHERER MULLER, PLLC
>
> By:   */s/ Eric D. Sherer*
>       Eric D. Sherer
>       Texas Bar No. 18237890
>       Email: esherer@sherer.legal
>       Ronald J. Smeberg
>       Texas Bar No. 24033967
>       Email: ron@smeberg.com
>       18756 Stone Oak Parkway, Suite 200
>       San Antonio, Texas 78258
>       Tel. (210) 696-6645
>       Fax. (866) 305-5823

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2019, a true and correct copy of the foregoing was served on all parties who have consented to cm/ecf service.

> */s/ Ronald J. Smeberg*
> Ronald J. Smeberg

Eric D. Sherer
Texas Bar No. 18237890
Email:  esherer@sherer.legal
Ronald J. Smeberg2
Texas Bar No. 24033967
Email: ron@smeberg.com
18756 Stone Oak Parkway, Suite 200
San Antonio, Texas 78258
Tel. (210) 696-6645
Fax. (866) 305-5823
*Attorneys for Blue Water Gold, LLC*
*and Blue Water Mining, LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

Pomrenke Mining, LLC                              Case No 19-00083 GS
                                                  Chapter 7

## ORDER ON OBJECTION TO PROOF OF CLAIM
## (CLAIM 3-1)

On June 17, 2013, Interested Parties Blue Water Gold, LLC and Blue Water Mining, LLC, ('Interested Parties") filed an Objection to the Claim No. 3-1 of Steve Pomrenke.  Upon the expiration of thirty (30) days notice, no response to said objection has been filed.

IT IS THEREFORE ORDERED that Interested Parties' Objection to Claim No. 3-1 of Steve Pomrenke is granted and the Claim No. 3-1 of Steve Pomrenke is disallowed.

Dated: _____ , 2019

                                          _____
                                          Hon. Gary Spraker
                                          United State Bankruptcy Judge