Cabot Christianson, Esq.
Alaska Bar No. 7811089
LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Phone (907) 258-6016
cabot@cclawyers.net

Attorneys for Kenneth W. Battley, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In Re: )<br>)<br>POMRENKE MINING, LLC, a Delaware )<br>Limited Liability Company, )<br>)<br>                    Debtor. )<br>_____ ) | **Case No.: 19-00083 GS**<br><br>Chapter 7 |

**ORDER DENYING BLUE WATER GOLD'S**
**MOTION TO AMEND SALE ORDER**

At Docket 118, Blue Water Gold, LLC and Blue Water Mining, LLC (collectively "Blue Water") filed *Blue Water Gold and Blue Water Mining's Motion to Amend the Court's Order Granting Trustee's Motion to Sell to NWG/Pomrenke Pursuant to FRBP 9023* ("the Motion"). The Motion sought to amend certain aspects this Court's *Order Granting Trustee's Motion for Approval to Sell Assets, Free and Clear of Liens, to NWG/Pomrenke* (the "Sale Order"), Docket 111. Kenneth W. Battley, Trustee, filed an opposition to the Motion, and Northwest Gold Diggers, LLC joined in that opposition; Dockets 135 and 136. Subsequently, the parties filed a stipulation which resolved the Motion. Good cause appearing,

PAGE 1:          ORDER RESOLVING MOTION TO AMEND SALE ORDER

1. IT IS HEREBY ORDERED that the Motion is denied.

2. IT IS FURTHER ORDERED that the Trustee shall not assign the note, or any subnotes - either on a secured or unsecured basis - except pursuant to further order of this Court upon due notice to Blue Water. Nothing in this order, or in the parties stipulation for entry of this order, shall be construed as a waiver by Blue Water of any of the arguments advanced in its Motion with respect to issuing notes or subnotes.

3. IT IS FURTHER ORDERED that the Motion shall not be construed as a motion under Bankruptcy Rule 9023 extending the time to appeal from, or reconsider, the Sale Order. The time for appeal of the Sale Order has expired.

Dated July 29, 2019.

    /s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve:  Kenneth W. Battley, Trustee
Cabot C. Christianson, Esq.
Michelle L. Boutin, Esq.
Ronald J. Smeberg, Esq.
Joan Travostino, Esq.
Michael R. Mills, Esq.
Eric D. Sherer, Esq.
ECF Participants per NEF

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

PAGE 2:    ORDER RESOLVING MOTION TO AMEND SALE ORDER