IN UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

POMRENKE MINING, LLC, a
Delaware Limited Liability Company,

Debtor.

Case No. 19-00083 GS
Chapter 7

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

### ORDER SUSTAINING NORTHWEST GOLD DIGGER'S OBJECTION TO PROOF OF CLAIM 9 FILED BY DESOREE MCDOUGAL AND DISALLOWING PROOF OF CLAIM 9 BUT WITHOUT PREJUDICE TO RECONSIDERATION

Northwest Gold Diggers, LLC ("NWG"), by and through its counsel of record, filed an Objection to Proof of Claim 9 Filed by Desoree McDougal ("Objection to Claim 9") [DE 153] and duly noticed out the Objection to Proof of Claim 9 [DE 154]. Desoree McDougal ("McDougal"), through counsel of record, filed a response to NWG's Objection to Claim No. 9-1 [DE 177]. A hearing was held on October 2, 2019. Present telephonically at the hearing was Michelle L. Boutin for NWG, and Stephen W. Sather for McDougal. No known claims have been brought against McDougal as of October 2, 2019. The Court heard arguments on the Objection to Proof of Claim 9, and for good cause appearing,

IT IS HEREBY ORDERED that NWG's Objection to Proof of Claim 9 is sustained and Proof of Claim 9 is Disallowed, but without prejudice to

reconsideration should a claim be brought against McDougal for which she seeks indemnification. McDougal may bring on for hearing at any time before the Trustee's first and final accounting is filed, a hearing on allowance of Proof of Claim 9 and an evidentiary hearing will be scheduled for the Court to reconsider the merits of Proof of Claim 9.

Dated this 4th day of October 2019.

By: /s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Approved as to form and substance:

/s/Stephen W. Sather
Stephen W. Sather, Attorney for Desoree McDougal

/s/Cabot Christianson
Cabot Christianson, Attorney for Trustee Ken Battley

Serve:  Kenneth W. Battley, Trustee
Cabot C. Christianson, Esq.
Michelle L. Boutin, Esq.
Stephen W. Sather, Esq.
Kathryn Perkins, Esq.
ECF Participants per NEF

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

ORDER SUSTANING NORTHWEST GOLD DIGGER'S OBJECTION TO PROOF OF CLAIM 9 FILED BY DESOREE MCDOUGAL AND DISALLOWING PROOF OF CLAIM 9 BUT WITHOUT PREJUDICE TO RECONSIDERATION
*In Re Pomrenke Mining, LLC, a Delaware Limited Liability Company;* Case No. 19-00083
Page 2 of 2