IN UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

POMRENKE MINING, LLC, a
Delaware Limited Liability Company,

Debtor.

Case No. 19-00083 GS
Chapter 7

### ORDER ON STIPULATION RESOLVING NORTHWEST GOLD DIGGERS, LLC'S OBJECTION TO PROOF OF CLAIM 5 FILED BY DORSEY & WHITNEY LLP

Dorsey & Whitney LLP (D&W) filed Amended Proof of Claim 5 on July 15, 2019, in the amount of $50,779.83. Northwest Gold Diggers, LLC ("NWG"), by and through its counsel of record, filed an Objection to Proof of Claim of Claim 5 Filed by D&W on August 6, 2019 [DE 144]. Notice of the objection to claim 5 was filed on August 6, 2019 [DE 145].

Hearing on the objection to claim was set for November 15, 2019. Counsel for NWG, Michelle L. Boutin, and counsel for D&W, Michael Grisham appeared at the hearing. The parties placed a settlement and stipulation on the record that the D&W claim is allowed as an unsecured claim in the amount of $46,971.34. The Court accepted the stipulation, therefore, for good cause appearing,

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

IT IS HEREBY ORDERED that Proof of Claim 5 filed by Dorsey & Whitney LLP is allowed in the amount of $46,971.34.

DATED: November 19, 2019

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

APPROVED AS TO FORM
AND SUBSTANCE:

BY: _____

DORSEY & WHITNEY LLP

Serve: Michelle Boutin, Esq.
      Joan Travostino, Esq.
      Kenneth Battley, Trustee
      Kathryn Perkins, Esq.
      Claims Register

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433