PROCEEDING MEMORANDUM

Monday                                                          Anchorage, Alaska
December 2, 2019

| TIME | CASE NUMBER, NAME, and CHAPTER  TYPE OF PROCEEDING and COUNSEL |
|---|---|
| 1:30 p.m. | Case No. N19-00083-GS, **In re POMRENKE MINING, LLC, a Delaware Limited Liability Company, Debtor.** Ch 7.  **TELEPHONIC** Closing Argument Re: Objection to Proof of Claim No. 6, filed by Carol Bavousett Mattick, PLLC (DE# 138). Michael Mills and Joan Travostino for the Debtor; Michelle Boutin for Northwest Gold Diggers, LLC; David Bundy for Blue Water Mining and Blue Water Gold; Phil Weidner for Shawn Pomrenke at **(907)304-1199**; Carol Mattick at **(210)860-0102** for herself and Carol Bavousett Mattick, PLLC. |

**Adjourned to:**                    2020 at           .m. for:

**APPEARANCES:**

   **Michelle Boutin for Northwest Gold Diggers, LLC**
   **Phil Weidner for Shawn Pomrenke**
   **Shawn Pomrenke (telephonic)**
   **Carol Mattick for herself and her law firm (telephonic)**

**SWORN AND EXAMINED:**

**Time on record   1:33:37   -   Time off Record   3:50:45**

**NOTES AND/OR ORDERS OF BANKRUPTCY JUDGE:**

  **X**    **Court will prepare order**


   **Court hears closing argument of the parties.  Matter is taken under submission, and the court will issue a written decision.**


                                              /s/ Gary Spraker
                                              BANKRUPTCY JUDGE