**IN UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA**

In re:

POMRENKE MINING, LLC, a
Delaware Limited Liability Company,

                    Debtor.

Case No.  19-00083 GS
Chapter 7

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

### ORDER ON NORTHWEST GOLD DIGGERS, LLC'S MOTION TO COMPEL ANSWERS TO DISCOVERY SERVED ON DESOREE MCDOUGAL

Northwest Gold Diggers, LLC ("NWG"), filed a Motion to Compel Answers to Discovery Served on Desoree McDougal ("Motion") [DE 234], a Response was filed by Desoree McDougal ("McDougal") [DE 235]; and Reply filed by NWG [DE 236] The Motion was noticed out for hearing [DE 237].  A hearing was held on February 19, 2020.  In attendance at the hearing was Michelle L. Boutin for NWG, Stephen W. Sather for McDougal, telephonically, David H. Bundy for Blue Water Gold, LLC and Blue Water Mining, LLC, and Ken Battley, Trustee.

The Court having considered the pleadings and for good cause appearing,

It is hereby ORDERED that the Motion to Compel Answers to Discovery on Desoree McDougal is DENIED as McDougal is not a party to the objection to Claims

1 and 4. However, the parties agreed that Ms. McDougall shall produce the email files described below.

The correspondence requested concerns email correspondence by and between Desoree McDougal and any one of the following individuals: Keith Byer, Carol Mattick, Shawn Pomrenke, Christine Pomrenke, Steven Pomrenke, or Joshua Whitfield, CPA, at Akin Business Service, concerning the subject matters as set out in Requests for Production 1 through 15 for the period from June 2016 through 2018.

The correspondence may be produced electronically and a copy should be delivered to: Michelle L. Boutin at michelleb@lbblawyers.com; David H. Bundy at dhb@alaska.net; and to Cabot Christianson at Cabot@cclawyers.net.

The email correspondence in response to the Request for Production 1 through 15 shall be produced no later than March 19, 2020.

Dated this 28th day of February 2020.

> By: /s/ Gary Spraker
> GARY SPRAKER
> United States Bankruptcy Judge

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Approved as to form and substance:

/s/     *Stephen W. Sather*
Stephen W. Sather, Attorney for Desoree McDougal

/s/     *David H. Bundy*
David H. Bundy, Attorney for Blue Water Gold, LLC, and Blue Water Mining, LLC

Serve:  Michelle Boutin, Esq.
        Stephen Sather, Esq.
        David Bundy, Esq.
        Kenneth Battley, Trustee
        ECF Participants Per NEF

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

ORDER ON NORTHWEST GOLD DIGGERS, LLC'S MOTION TO COMPEL ANSWERS TO DISCOVERY SERVED ON DESOREE MCDOUGAL
*In Re Pomrenke Mining, LLC, a Delaware Limited Liability Company;* Case No. 19-00083
Page 3 of 3