UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>POMRENKE MINING, LLC,<br><br>Debtor. | Case No. 19-00083-GS<br>Chapter 7 |

### ORDER ON OBJECTION TO PROOF OF CLAIM NO. 1

On August 7, 2020, the court entered its oral ruling on Blue Water Gold, LLC's and Blue Water Mining, LLC's Second Amended Objection to Proof of Claim 1-1 (ECF No. 147) filed by Northwest Gold Diggers, LLC (NWG). Appearances were noted on the record. The court's oral ruling is incorporated herein by this reference. The court supplements its oral ruling as follows.

First, the court referenced the debtor Pomrenke Mining, LLC's assumed liability under the Asset Purchase Agreement (APA), and the indemnification provisions in Section 6.05 of the APA. The court mistakenly referred to the promissory note dated October 8, 2015, listed in the list of assumed liabilities in Schedule 1.03 of the APA. The date of the promissory note referenced in Schedule 1.03 is October 9, 2015, the same date as the promissory notes listed as part of the purchased assets identified in Schedule 1.01 of the APA.

Second, the court addressed the interest claimed by NWG at the end of its oral ruling as to the gold loan. NWG also claimed interest on its payoff of the Tuvli II ($200,000.00) pursuant to a loan. However, the court held that the debtor was contractually liable to NWG for the payment under the APA's indemnification provision, Section 6.05(c), rather than a loan agreement. Accordingly, loan interest did not accrue on the amounts the debtor owes to NWG for the Tuvli II repayment under the indemnification provision.

Therefore, for the reasons stated in the oral ruling, as supplemented herein,

IT IS HEREBY ORDERED that the Second Amended Objection to Proof of Claim 1-1 (ECF No. 147) is SUSTAINED in part and OVERRULED in part. The amount of $55,098.66 claimed as part of Northwest Gold Diggers, LLC's gold loans, together with all related interest, is disallowed. The court further disallows prepetition interest for Northwest Gold Diggers, LLC's payment of the $200,000.00 balance owed on the Tuvli II. All other amounts of Northwest Gold Diggers, LLC's Proof of Claim No. 1-1, including interest, are allowed, calculated based upon the information provided in Proof of Claim No. 1-1 as:

| Date | Item | Int. | Principal | Int/year | Per Diem | Accrued Int. | Total |
|---|---|---|---|---|---|---|---|
| 11/30/2016 | 100 Net Ounces of Gold Loaned | 7% | $ 117,300.00 | $ 8,211.00 | $ 22.50 | $ 18,784.07 | $ 136,084.07 |
| 12/31/2016 | 147.45 Ounces of Gold Loans | 7% | $ 81,866.50 | $ 5,730.66 | $ 15.70 | $ 12,623.14 | $ 94,489.64 |
| 1/10/2017 | Tuvli II Payoff | | $ 200,000.00 | | | | $ 200,000.00 |
| | Reimbursables | | $ 49,417.20 | | | | $ 49,417.20 |
| | Additional Reimbursables | | $ 106,965.39 | | | | $ 106,965.39 |
| | Prepetition Credit - Discovery Contract | | $ (83,466.82) | | | | $ (83,466.82) |
| TOTAL CLAIM ALLOWED | | | | | | | $ 503,489.48 |

DATED: August 11, 2020

BY THE COURT

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve:  M. Boutin, Esq.
D. Bundy, Esq.
M. Mills, Esq.
C. Christianson, Esq.
K. Battley, Trustee
U.S. Trustee
ECF Participants via NEF
Case Manager