Cabot Christianson, Esq.
Alaska Bar No. 7811089
LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Phone (907) 258-6016
cabot@cclawyers.net

Attorneys for Kenneth W. Battley, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| POMRENKE MINING, LLC, a Delaware ) | |
| Limited Liability Company, ) | **Case No.: 19-00083 GS** |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |

**REPORT OF SALE**
**[Sale of assets to Northwest Gold Diggers, LLC]**

Kenneth W. Battley, Trustee, advises the Court, creditors, and equity holders, that pursuant to the *Order Granting Trustee's Motion for Approval to Sell Assets, Free and Clear of Liens, to NWG/Pomrenke*, Docket 111 ("the Sale Order"), the Trustee sold the estate's assets as described in that order to Northwest Gold Diggers, LLC ("NWG") for $1,036,500, payable $400,000 in cash plus a note for $636,500 accruing interest at 6% per annum starting July 15, 2019. Attached is a copy of the note. The note is secured by preferred ship mortgages in the vessels, and security interests in the assets sold, as described in the order. The sale closed as of July 15, 2019.

PAGE 1        REPORT OF SALE - SALE OF ASSETS TO NORTHWEST GOLD DIGGERS, LLC
        C:\USERS\CABOT\DOCUMENTS\REPORT OF SALE - POMRENKE ASSETS V2.WPD

The note is due the earlier of (a) July 15, 2020, or (b) 30 days after demand is made by the Trustee once the claims deadline expires and any claims objections to non-insider claims are adjudicated.  In addition, NWG and the Pomrenkes are entitled to offset their allowed proofs of claim against the note balance.

The Carol Mattick claim had not been fully adjudicated by July 15, 2020, nor had the amount of the Claims 1 and 4 (held by NWG and Shawn Pomrenke) been adjudicated.  Also, it appeared to the Trustee that the estate's cash on hand would be very close to sufficient to pay all claims against the estate, including Chapter 7 administrative claims and post-petition interest.  For these reasons, the Trustee elected, in the exercise of his business judgment, to not immediately call for payment on the note.

The Trustee is preparing his final account.  The estate's cash on hand was not quite enough to pay all claims against the estate, including Chapter 7 administrative claims and post-petition interest; accordingly, the Trustee made demand that NWG pay $2,500, in order that the estate would have sufficient cash.  NWG paid that amount on October 2, 2020.  After credit for the offsets for Claims 1 and 4, and post-petition interest thereon to the note date, and after credit for the payment, the remaining balance due on the note will be distributed to equity holders in proportion to their equity interests, as determined by this Court.  Pursuant to the sales agreement attached to Sales Order, the Trustee is tasked with dividing the amount due the equity holders into one or more subnotes; the subnotes to NWG and Shawn Pomrenke are unsecured, whereas the

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

PAGE 2         REPORT OF SALE - SALE OF ASSETS TO NORTHWEST GOLD DIGGERS, LLC
        C:\USERS\CABOT\DOCUMENTS\REPORT OF SALE - POMRENKE ASSETS V2.WPD

subnotes to the Blue Water entities are secured by the vessels and other assets securing the note.

A pro-forma accounting of the balance due on the note, after the NWG/Pomrenke offsets and payments, as of December 20, 2020 is as follows:

| | |
|---|---|
| **Note - face amount** | $636,500.00 |
| **Offsets against note** | |
|     NWG Claim No. 1 | ($503,489.48) |
|     Shawn Pomrenke Claim No. 4 | ($ 25,076.84) |
|     Post-petition interest to date of note @2.52% - 3/15/19 to 7/15/19 | |
|     Claim No. 1 | ($ 4,240.90) |
|     Claim No. 4 | ($ 2,121.22) |
| **Remaining balance due on note after offsets** | $ 103,481.56 |
| **Interest due on remaining note balance** @ 6% from 7/15/19 to 12/20/20 | $ 8,913.59 |
| **Credit for payment 10/1/20** (applied to interest) | ($ 2,500.00) |
| **Projected balance due on note 12/20/20** (to be distributed to equity holders) | $ 109,895.15 |

RESPECTFULLY SUBMITTED on October 2, 2020 .

        LAW OFFICES OF CABOT CHRISTIANSON, P.C.
        Attorneys for Kenneth W. Battley, Trustee

        By: /s/ Cabot Christianson
            Cabot Christianson

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

## NOTE

$636,500.00                                                                                          Anchorage Alaska

     FOR VALUE RECEIVED, the undersigned **Shawn Pomrenke, Steven Pomrenke, Christine Pomrenke,** and **Northwest Gold Diggers, LLC** (collectively, "Borrowers"), jointly and severally, promise to pay to the order of **Kenneth W. Battley, Trustee** ("Trustee") in *In re: Pomrenke Mining, LLC,* Case No. 19-00083 in the United States Bankruptcy Court for the District of Alaska the principal sum of Six Hundred Thirty Six Thousand, Five Hundred Dollars ($636,500.00) with interest hereon starting July 15, 2019 at the rate six percent per annum (6%). The entire balance, including accrued interest, shall be due and payable in full on or before July 15, 2020. Said payment shall be delivered to Trustee, c/o Law Office of Cabot Christianson, 911 West 8th Ave, Suite 201, Anchorage AK 99501 or at such other place as the holder of this note may designate.

Dated July __12__, 2019.

_____
Shawn Pomrenke

Dated July _____, 2019.

_____
Steven Pomrenke

Dated July _____, 2019.

_____
Christine Pomrenke

Dated July __12__, 2019.          Northwest Gold Diggers, LLC

By: _____
Shawn Pomrenke, Member

# NOTE

$636,500.00                                          Anchorage Alaska

FOR VALUE RECEIVED, the undersigned **Shawn Pomrenke, Steven Pomrenke, Christine Pomrenke,** and **Northwest Gold Diggers, LLC** (collectively, "Borrowers"), jointly and severally, promise to pay to the order of **Kenneth W. Battley, Trustee** ("Trustee") in *In re: Pomrenke Mining, LLC,* Case No. 19-00083 in the United States Bankruptcy Court for the District of Alaska the principal sum of Six Hundred Thirty Six Thousand, Five Hundred Dollars ($636,500.00) with interest hereon starting July 15, 2019 at the rate six percent per annum (6%). The entire balance, including accrued interest, shall be due and payable in full on or before July 15, 2020. Said payment shall be delivered to Trustee, c/o Law Office of Cabot Christianson, 911 West 8th Ave, Suite 201, Anchorage AK 99501 or at such other place as the holder of this note may designate.

Dated July _____, 2019.

_____
Shawn Pomrenke

Dated July __12__, 2019.

*[signature]*
_____
Steven Pomrenke

Dated July __12th__, 2019.

*[signature]*
_____
Christine Pomrenke

Dated July _____, 2019.      Northwest Gold Diggers, LLC

By: _____
         Shawn Pomrenke, Member