Cabot Christianson, Esq.
Alaska Bar No. 7811089
LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Phone (907) 258-6016
cabot@cclawyers.net

Attorneys for Kenneth W. Battley, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re: )<br>)<br>POMRENKE MINING, LLC, a Delaware )<br>Limited Liability Company, )<br>)<br>　　　　　Debtor. )<br>_____) | **Case No.: 19-00083 GS**<br><br>Chapter 7 |

**ORDER APPROVING TRUSTEE'S FINAL REPORT**
**AND SUPPLEMENT THERETO**

At ECF No. 336, Kenneth W. Battley, Trustee, filed his *Trustee's Final Report (TFR).* In response to this Court's *Order on Miscellaneous Motions Regarding Calculations of Certain Claims After Rulings on Claims Objections,* ECF No. 353 ("the Equity Distribution Order"), the Trustee filed a *Trustee's Supplement to TFR,* ECF No. 354 ("the Supplement") that incorporated this Court's rulings in the Equity Distribution Order. The only entities affected by the Supplement are the equity holders, whose signatures below indicate agreement thereto. Good cause appearing,

IT IS HEREBY ORDERED that the Trustee's Final Report is approved, with the changes and additions set forth in the Supplement, as follows:

1. Fees due Law Offices of Cabot Christianson (LOCC) are approved in the amount $30,172.00, and costs due LOCC are approved at $468.81.

2. The Trustee's commission is approved in the amount $29,851.66, and costs due the Trustee are approved at $503.51.

3. The Trustee shall pay $54,799.52 to Blue Water Gold, LLC, $2,995.28 to Blue Water Mining, LLC, and $944.82 to Roland Werner as distributions to equity. These payments, together with Northwest Gold Diggers, LLC (NWG) offsetting its right to a $41,773.07 equity distribution against the Note due the estate (note executed by NWG on July 15, 2019 in the original principal amount $636,500.00) shall satisfy the Note in full. Trustee is authorized to release whatever security interest were granted to secure payment of the Note.

4. The Trustee shall distribute the approximately 90 gold-plated coins described in the Supplement in kind to the equity security holders, as closely as is feasible in the same proportions as set forth in this Court's order at ECF No. 353.

5. The claim against Copper River Electric described in ECF No. 343 shall revert to the Debtor upon entry of this order.

Dated December 2, 2020.

  /s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Read and approved:

/s/ David H. Bundy
David H. Bundy
Attorney for Blue Water Gold, LLC and Blue Water Mining, LLC

/s/ Michelle L. Boutin
Michelle L. Boutin
Attorney for Northwest Gold Diggers, LLC

Serve: ECF Participants per NEF