UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

FILED
APR - 5 2021
CLERK
U.S. BANKRUPTCY COURT
DEPUTY CLERK

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5.00
FOR DEPOSIT TO REGISTRY FUND

DEBTOR: POMRENKE MINING, LLC, A DELAWARE LI
CASE NUMBER: 19-00083

PLEASE CHECK ONE:

__x__    UNCLAIMED DIVIDENDS

_____    DISTRIBUTION LESS THAN $5.00

| CREDITOR/ADDRESS | CLAIM NO | AMOUNT |
| --- | --- | --- |
| Morgan Sales and Service<br>PO Box 1070<br>Nome, Ak. 99762 | 17<br>17 Interest | 401.63<br>17.84 |
| InCorp Services<br>PO Box 94438<br>Las Vegas, Nv. 89193 | 21<br>21 Interest | 99.00<br>4.40 |

INTEREST EARNED SUBSEQUENT DISTRIBUTION OF DIVIDENDS
$_____
TOTAL:      $_____ $522.87

DATE: April 2, 2021

KENNETH W. BATTLEY, TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE
REVISED 2/94