# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| In re: POMRENKE MINING, LLC, A DELAWARE LI | § Case No. 19-00083 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KENNETH W. BATTLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $3,014,945.00                Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $378,707.79        Claims Discharged
                                                     Without Payment: $13,528.44

Total Expenses of Administration: $153,848.38

---

3) Total gross receipts of $ 590,772.92  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 58,739.62 (see **Exhibit 2**), yielded net receipts of $532,033.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 153,848.38 | 153,848.38 | 153,848.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,195.50 | 22,389.29 | 13,821.75 | 13,821.75 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 390,646.61 | 1,272,695.54 | 364,886.04 | 364,886.04 |
| **TOTAL DISBURSEMENTS** | $393,842.11 | $1,448,933.21 | $532,556.17 | $532,556.17 |

4) This case was originally filed under Chapter 7 on March 15, 2019. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/04/2021            By: /s/KENNETH W. BATTLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo account #473 | 1129-000 | 49.71 |
| Wells Fargo  #3941 | 1129-000 | 55.22 |
| Well Fargo #0094 | 1129-000 | 44.87 |
| Gold 74 oz at $1,100/oz. | 1129-000 | 84,536.11 |
| Check from  GBA for Gold processed | 1229-000 | 35,771.13 |
| Sale of Pomrenke Mining  Assets per Order | 1129-000 | 470,315.88 |
| **TOTAL GROSS RECEIPTS** | | **$590,772.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Pomrenke Mining LLC | Dividend paid 100.00% on $266.88; Claim# 111; Filed: $266.88; Reference: | 8200-002 | 0.00 |
| Roland Werner | paid per order filed 12-2-20 | 8200-052 | 944.82 |
| Blue Water Gold LLC | | 8100-000 | 54,799.52 |
| Blue Water Mining LLC | | 8200-052 | 2,995.28 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$58,739.62** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 194.37 | 194.37 | 194.37 |
| Other - Cabot Christianson | 3210-000 | N/A | 85,404.00 | 85,404.00 | 85,404.00 |
| Other - Cabot Christianson | 3220-000 | N/A | 2,900.79 | 2,900.79 | 2,900.79 |
| Other - GBA Assaying | 3991-000 | N/A | 300.00 | 300.00 | 300.00 |
| Other - Northwest Gold Diggers LLC | 2420-000 | N/A | 10,555.43 | 10,555.43 | 10,555.43 |
| Other - RUSSELL E MINKEMANN | 3410-000 | N/A | 8,030.00 | 8,030.00 | 8,030.00 |
| Other - RUSSELL E MINKEMANN | 3420-000 | N/A | 52.84 | 52.84 | 52.84 |
| Trustee Compensation - KENNETH W. BATTLEY | 2100-000 | N/A | 29,384.51 | 29,384.51 | 29,384.51 |
| Trustee Expenses - KENNETH W. BATTLEY | 2200-000 | N/A | 503.51 | 503.51 | 503.51 |
| Other - WENDY'S SUPPORT SERVICES | 2690-000 | N/A | 196.40 | 196.40 | 196.40 |
| Other - City of Nome | 2410-000 | N/A | 2,033.00 | 2,033.00 | 2,033.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 407.26 | 407.26 | 407.26 |
| Other - Mechanics Bank | 2600-000 | N/A | 813.73 | 813.73 | 813.73 |
| Other - Mechanics Bank | 2600-000 | N/A | 785.18 | 785.18 | 785.18 |
| Other - Mechanics Bank | 2600-000 | N/A | 790.62 | 790.62 | 790.62 |
| Other - Mechanics Bank | 2600-000 | N/A | 726.83 | 726.83 | 726.83 |
| Other - Mechanics Bank | 2600-000 | N/A | 678.82 | 678.82 | 678.82 |
| Other - Mechanics Bank | 2600-000 | N/A | 747.95 | 747.95 | 747.95 |
| Other - Law Offices of Cabot Christianson, P.C. | 3210-000 | N/A | 8,876.00 | 8,876.00 | 8,876.00 |
| Trustee Compensation - Kenneth Battley | 2100-000 | N/A | 467.14 | 467.14 | 467.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $153,848.38 | $153,848.38 | $153,848.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | City of Nome | 5800-000 | 3,195.50 | 3,060.75 | 3,060.75 | 3,060.75 |
| 16 | City of Nome | 5800-000 | N/A | 19,328.54 | 10,761.00 | 10,761.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,195.50 | $22,389.29 | $13,821.75 | $13,821.75 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Northwest Gold Diggers, LLC | 7100-000 | 49,417.20 | N/A | N/A | 0.00 |
| 2 | Christine Pomrenke | 7100-000 | N/A | 194,301.00 | 0.00 | 0.00 |
| 3 | Steve Pomrenke | 7100-000 | N/A | 387,945.00 | 0.00 | 0.00 |
| 4 | Shawn Pomrenke | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 | Dorsey & Whitney LLP | 7100-000 | 35,000.00 | 50,779.83 | 46,971.34 | 46,971.34 |
| 5I | Dorsey & Whitney LLP | 7990-000 | N/A | 2,086.98 | 2,086.98 | 2,086.98 |
| 6 | Carol Bavousett Mattick, PLLC | 7100-000 | 164,187.50 | 224,858.50 | 161,172.09 | 161,172.09 |
| 6I | Carol Bavousett Mattick, PLLC | 7990-000 | N/A | 7,161.03 | 7,161.03 | 7,161.03 |
| 7 | Jon Keith Byer | 7100-000 | N/A | 240,500.00 | 0.00 | 0.00 |
| 8 | Georgie W. Lewis | 7100-000 | 100,000.00 | 101,227.40 | 101,227.40 | 101,227.40 |
| 8I | Georgie W. Lewis | 7990-000 | N/A | 4,497.63 | 4,497.63 | 4,497.63 |
| 9 | Desoree McDougal | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10 | Nome Joint Utility System | 7100-000 | 3,050.29 | 3,050.29 | 3,050.29 | 3,050.29 |
| 10I | Nome Joint Utility System | 7990-000 | N/A | 135.53 | 135.53 | 135.53 |
| 11I | City of Nome | 7990-000 | N/A | 135.99 | 135.99 | 135.99 |
| 12 | City of Nome | 7100-000 | N/A | 1,449.00 | 0.00 | 0.00 |
| 13 | Blue Water Gold LLC | 7100-000 | 22,018.19 | 22,018.19 | 22,018.19 | 22,018.19 |
| 13I | Blue Water Gold LLC | 7990-000 | N/A | 978.29 | 978.29 | 978.29 |
| 14 | Blue Water Mining, LLC | 7100-000 | 2,137.14 | 2,317.14 | 2,317.14 | 2,317.14 |
| 14I | Blue Water Mining, LLC | 7990-000 | N/A | 102.95 | 102.95 | 102.95 |
| 15 | Eagle Harbor Engineering, PLLC | 7100-000 | N/A | 6,750.00 | 6,750.00 | 6,750.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15I | Eagle Harbor Engineering, PLLC | 7990-000 | N/A | 299.91 | 299.91 | 299.91 |
| 16I | City of Nome | 7990-000 | N/A | 478.12 | 478.12 | 478.12 |
| 17 | Morgan Sales and Service | 7200-000 | 401.63 | 401.63 | 401.63 | 401.63 |
| 17I | Morgan Sales and Service | 7990-000 | N/A | 17.84 | 17.84 | 17.84 |
| 18 | Soleer LLC | 7200-000 | 568.32 | 189.44 | 189.44 | 189.44 |
| 18I | Soleer LLC | 7990-000 | N/A | 8.42 | 8.42 | 8.42 |
| 19 | Bonanza Fuel, LLC | 7200-000 | 153.90 | 153.90 | 153.90 | 153.90 |
| 19I | Bonanza Fuel, LLC | 7990-000 | N/A | 6.84 | 6.84 | 6.84 |
| 20 | NC Machinery | 7200-000 | 85.00 | 85.00 | 85.00 | 85.00 |
| 20I | NC Machinery | 7990-000 | N/A | 3.78 | 3.78 | 3.78 |
| 21 | InCorp Services, Inc. | 7200-000 | 99.00 | 99.00 | 99.00 | 99.00 |
| 21I | InCorp Services, Inc. | 7990-000 | N/A | 4.40 | 4.40 | 4.40 |
| 22 | Pioneer Marine Mining Inc. | 7200-000 | N/A | 16,119.60 | 0.00 | 0.00 |
| 224DE | City of Nome | 7100-000 | N/A | 3,839.45 | 3,839.45 | 3,839.45 |
| 224DEI | City of Nome | 7990-000 | N/A | 170.59 | 170.59 | 170.59 |
| NOTFILED | LOGIX | 7100-000 | 3,165.72 | N/A | N/A | 0.00 |
| NOTFILED | IPFS | 7100-000 | 10,362.72 | N/A | N/A | 0.00 |
| | U. S. Bankruptcy Court District of Alaska | 7100-000 | N/A | 522.87 | 522.87 | 522.87 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$390,646.61** | **$1,272,695.54** | **$364,886.04** | **$364,886.04** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-00083  
**Case Name:** POMRENKE MINING, LLC, A DELAWARE LI

**Trustee:** (230020) KENNETH W. BATTLEY  
**Filed (f) or Converted (c):** 03/15/19 (f)  
**§341(a) Meeting Date:** 04/19/19

**Period Ending:** 05/04/21

**Claims Bar Date:** 07/17/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 2011 EnduraMax RV4012END, propane, VIN #5UEFG302<br>Administered under asset 23 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 2 | 2011 EnduraMax RV 30MFW, propane, VIN #5UEFG403X<br>Administered under asset 23 | 35,000.00 | 35,000.00 | | 0.00 | FA |
| 3 | 2011 EnduraMax RV 33 MFW, propane, VIN #5UEFG342<br>Administered under asset 23 | 35,000.00 | 35,000.00 | | 0.00 | FA |
| 4 | 2012 Polaris Ranger Crew 800 - 6 person A.T.V. w<br>Administered under asset 23 | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 5 | 2012 Polaris Sportsman X2 550 - 2 person A.T.V.,<br>Administered under asset 23 | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 6 | F/V Golden Girl - 2004 North River 20' Aluminum<br>Administered under asset 23 | 21,495.00 | 21,495.00 | | 0.00 | FA |
| 7 | ame M/V Ophir- 2012 30' Aluminum Swiftsure Boat<br>Administered under asset 23 | 189,500.00 | 189,500.00 | | 0.00 | FA |
| 8 | M/V Havilah - 2012 50' Aluminum Suction Dredge C<br>Administered under asset #23 | 469,200.00 | 469,200.00 | | 0.00 | FA |
| 9 | 2012 King Boat Trailer, Serial No. 4XBB33232CA01<br>Administered under asset 23 | Unknown | Unknown | | 0.00 | FA |
| 10 | F/V Christine Rose, 1941 near shore dredge vesse<br>Administered under asset 23 | 1,500,000.00 | 1,500,000.00 | | 0.00 | FA |
| 11 | M/VTuvli II, 1954 Higgens LCH-8 DED, Model 0 Mar<br>Administered under asset 23 | 400,000.00 | 400,000.00 | | 0.00 | FA |
| 12 | M/V Tuvli I (aka "Tulvi 160), 1968 157.5' flat-d<br>Administered under asset 23 | 300,000.00 | 300,000.00 | | 0.00 | FA |
| 13 | Wells Fargo account #473 | 49.71 | 49.71 | | 49.71 | FA |
| 14 | Wells Fargo  #3941 | 55.22 | 55.22 | | 55.22 | FA |
| 15 | Well Fargo #0094 | 44.84 | 44.84 | | 44.87 | FA |
| 16 | Possible intellectual rights in connection with<br>    under asset 23 | Unknown | Unknown | | 0.00 | FA |

Printed: 05/04/2021 02:59 PM    V.20.33

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-00083  
**Case Name:** POMRENKE MINING, LLC, A DELAWARE LI

**Trustee:** (230020) KENNETH W. BATTLEY  
**Filed (f) or Converted (c):** 03/15/19 (f)  
**§341(a) Meeting Date:** 04/19/19  

**Period Ending:** 05/04/21  
**Claims Bar Date:** 07/17/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 2 Claims against Northwest Gold Diggers | Unknown | Unknown | | 0.00 | FA |
| 18 | Raw materials for a custom built wash plant under asset 23 | Unknown | Unknown | | 0.00 | FA |
| 19 | Gold 74 oz at $1,100/oz. per order filed 6/5/19 | 81,400.00 | 81,400.00 | | 84,536.11 | FA |
| 20 | 70 gold plated coins | 1,750.00 | 1,750.00 | | 0.00 | FA |
| 21 | 3 Connex trailers holding miscellaneous mining, under asset 23 | Unknown | Unknown | | 0.00 | FA |
| 22 | Check from GBA for Gold processed (u) Gold taken to assay office in November | 35,621.13 | 35,621.13 | | 35,771.13 | FA |
| 23 | Sale of Pomrenke Mining Assets per Order Court Order June 28, 2019 | 1,036,500.00 | 1,036,500.00 | | 470,315.88 | 0.00 |
| 24 | Internet Domaine pomrenkemining | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Possible intellectual rights | Unknown | Unknown | | 0.00 | FA |
| 26 | Interest in Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 26 | **Assets Totals** (Excluding unknown values) | **$4,168,615.90** | **$4,168,615.90** | | **$590,772.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

07-15-2020 Mr Pomrenke asked for an extention to end of August 2020 for payment and it was given. 06-28-2019 Judge signed Order Granting the Sale of Assets of the bankruptcy for $1,036,500.00. Received down payment of 400,000.00 July 12, 2019. Final payment due in one year.

**Initial Projected Date Of Final Report (TFR):** December 30, 2020    **Current Projected Date Of Final Report (TFR):** October 6, 2020 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 19-00083 | | Trustee: | KENNETH W. BATTLEY (230020) |
|---|---|---|---|---|
| Case Name: | POMRENKE MINING, LLC, A DELAWARE LI | | Bank Name: | Mechanics Bank |
| | | | Account: | ******4866 - Checking Account |
| Taxpayer ID #: | **-***9133 | | Blanket Bond: | $55,683,398.00   (per case limit) |
| Period Ending: | 05/04/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/17/19 | {15} | Wells Fargo 147 | funds from bank acct | | 1129-000 | 44.87 | | 44.87 |
| 04/17/19 | {13} | Wells Fargo 143 | bank acct funds | | 1129-000 | 49.71 | | 94.58 |
| 04/17/19 | {14} | Wells Fargo | bank account funds from account 3941 | 1129-000 | 55.22 | | 149.80 |
| 05/01/19 | | GBA Assaying & Refining | Check for gold received by GBA 11-2-18 ( before bkrcy filing) | | 35,621.13 | | 35,770.93 |
| | {22} | | 35,771.13 | 1229-000 | | | 35,770.93 |
| | | GBA Assaying | Assay fee       -150.00 | 3991-000 | | | 35,770.93 |
| 06/12/19 | | GBA Assaying & Refining | Gold processed per order filed  June 5, 2019 | | 84,386.11 | | 120,157.04 |
| | {19} | GBA Assaying | gross of gold and silver    84,536.11 | 1129-000 | | | 120,157.04 |
| | | GBA Assaying | Assaying fee      -150.00 | 3991-000 | | | 120,157.04 |
| 07/12/19 | {23} | Landye, Bennett for S Pomrenke | Down payment on Sale per Order filed June 28, 2019 | 1129-000 | 400,000.00 | | 520,157.04 |
| 08/27/19 | 101 | Northwest Gold Diggers LLC | Order filed 8-26-19 for Insurance Premium post petition | 2420-000 | | 10,555.43 | 509,601.61 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 407.26 | 509,194.35 |
| 04/06/20 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/06/2020 FOR CASE #19-00083, Bond #016027975 | 2300-000 | | 194.37 | 508,999.98 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 813.73 | 508,186.25 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 785.18 | 507,401.07 |
| 06/03/20 | 103 | Cabot Christianson | Order filed May 11, 2020 | 3210-000 | | 64,108.00 | 443,293.07 |
| 06/03/20 | 104 | Cabot Christianson | Paid per order filed May 11, 2020 | 3220-000 | | 2,431.98 | 440,861.09 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 790.62 | 440,070.47 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 726.83 | 439,343.64 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 678.82 | 438,664.82 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 747.95 | 437,916.87 |
| 10/02/20 | {23} | Landye Bennett Blumstein | Check on sale of Pomrenke Mining | 1129-000 | 2,500.00 | | 440,416.87 |
| 12/02/20 | {23} | Shawn Pomrenke | Pmt per order | 1129-000 | 67,815.58 | | 508,232.45 |
| 12/02/20 | {23} | Landye Bennett Blumstein | | 1129-000 | 0.30 | | 508,232.75 |
| 12/04/20 | 105 | Cabot Christianson | Dividend paid 100.00% on $85,404.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 21,296.00 | 486,936.75 |
| 12/04/20 | 106 | Cabot Christianson | Dividend paid 100.00% on $2,900.79, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 468.81 | 486,467.94 |
| 12/04/20 | 107 | RUSSELL E MINKEMANN | Dividend paid 100.00% on $8,030.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 8,030.00 | 478,437.94 |
| 12/04/20 | 108 | RUSSELL E MINKEMANN | Dividend paid 100.00% on $52.84, Accountant | 3420-000 | | 52.84 | 478,385.10 |

Subtotals :   $590,472.92   $112,087.82

{} Asset reference(s)

Printed: 05/04/2021 02:59 PM    V.20.33

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 19-00083 | | Trustee: | KENNETH W. BATTLEY (230020) |
| --- | --- | --- | --- | --- |
| Case Name: | POMRENKE MINING, LLC, A DELAWARE LI | | Bank Name: | Mechanics Bank |
| | | | Account: | ******4866 - Checking Account |
| Taxpayer ID #: | **-***9133 | | Blanket Bond: | $55,683,398.00  (per case limit) |
| Period Ending: | 05/04/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | for Trustee Expenses (Other Firm);  Reference: | | | | |
| 12/04/20 | 109 | KENNETH W. BATTLEY | Dividend paid 100.00% on $29,384.51, Trustee Compensation;  Reference: | 2100-000 | | 29,384.51 | 449,000.59 |
| 12/04/20 | 110 | KENNETH W. BATTLEY | Dividend paid 100.00% on $503.51, Trustee Expenses;  Reference: | 2200-000 | | 503.51 | 448,497.08 |
| 12/04/20 | 111 | WENDY'S SUPPORT SERVICES | Dividend paid 100.00% on $196.40, Chapter 7 Operating Expenses (incl. wages, payroll taxes and other taxes paid);  Reference: | 2690-000 | | 196.40 | 448,300.68 |
| 12/04/20 | 112 | City of Nome | Dividend paid 100.00% on $2,033.00, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 2,033.00 | 446,267.68 |
| 12/04/20 | 113 | City of Nome | Dividend paid 100.00% on $3,060.75; Claim# 11; Filed: $3,060.75; Reference: | 5800-000 | | 3,060.75 | 443,206.93 |
| 12/04/20 | 114 | City of Nome | Dividend paid 100.00% on $10,761.00; Claim# 16; Filed: $19,328.54; Reference: | 5800-000 | | 10,761.00 | 432,445.93 |
| 12/04/20 | 115 | Dorsey & Whitney LLP | Dividend paid 100.00% on $46,971.34; Claim# 5; Filed: $50,779.83; Reference: | 7100-000 | | 46,971.34 | 385,474.59 |
| 12/04/20 | 116 | Carol Bavousett Mattick, PLLC | Dividend paid 100.00% on $161,172.09; Claim# 6; Filed: $224,858.50; Reference: | 7100-000 | | 161,172.09 | 224,302.50 |
| 12/04/20 | 117 | Georgie W. Lewis | Dividend paid 100.00% on $101,227.40; Claim# 8; Filed: $101,227.40; Reference: | 7100-000 | | 101,227.40 | 123,075.10 |
| 12/04/20 | 118 | Nome Joint Utility System | Dividend paid 100.00% on $3,050.29; Claim# 10; Filed: $3,050.29; Reference: | 7100-000 | | 3,050.29 | 120,024.81 |
| 12/04/20 | 119 | Blue Water Gold LLC | Dividend paid 100.00% on $22,018.19; Claim# 13; Filed: $22,018.19; Reference: | 7100-000 | | 22,018.19 | 98,006.62 |
| 12/04/20 | 120 | Blue Water Mining, LLC | Dividend paid 100.00% on $2,317.14; Claim# 14; Filed: $2,317.14; Reference: | 7100-000 | | 2,317.14 | 95,689.48 |
| 12/04/20 | 121 | Eagle Harbor Engineering, PLLC | Dividend paid 100.00% on $6,750.00; Claim# 15; Filed: $6,750.00; Reference: | 7100-000 | | 6,750.00 | 88,939.48 |
| 12/04/20 | 122 | City of Nome | Dividend paid 100.00% on $3,839.45; Claim# 224DE; Filed: $3,839.45; Reference: | 7100-000 | | 3,839.45 | 85,100.03 |
| 12/04/20 | 123 | Morgan Sales and Service | Dividend paid 100.00% on $401.63; Claim# 17; Filed: $401.63; Reference: Stopped on 03/22/21 | 7200-000 | | 401.63 | 84,698.40 |
| 12/04/20 | 124 | Soleer LLC | Dividend paid 100.00% on $189.44; Claim# 18; Filed: $189.44; Reference: Stopped on 12/22/20 | 7200-000 | | 189.44 | 84,508.96 |
| 12/04/20 | 125 | Bonanza Fuel, LLC | Dividend paid 100.00% on $153.90; Claim# 19; Filed: $153.90; Reference: | 7200-000 | | 153.90 | 84,355.06 |

Subtotals :     $0.00     $394,030.04

{} Asset reference(s)                                                                                                                              Printed: 05/04/2021 02:59 PM     V.20.33

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 19-00083 | | Trustee: | KENNETH W. BATTLEY (230020) |
|---|---|---|---|---|
| Case Name: | POMRENKE MINING, LLC, A DELAWARE LI | | Bank Name: | Mechanics Bank |
| | | | Account: | ******4866 - Checking Account |
| Taxpayer ID #: | **-***9133 | | Blanket Bond: | $55,683,398.00   (per case limit) |
| Period Ending: | 05/04/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/04/20 | 126 | NC Machinery | Dividend paid 100.00% on $85.00; Claim# 20I; Filed: $85.00; Reference: | 7200-000 | | 85.00 | 84,270.06 |
| 12/04/20 | 127 | InCorp Services, Inc. | Dividend paid 100.00% on $99.00; Claim# 21; Filed: $99.00; Reference: Stopped on 03/22/21 | 7200-000 | | 99.00 | 84,171.06 |
| 12/04/20 | 128 | Dorsey & Whitney LLP | Dividend paid 100.00% on $2,086.98; Claim# 5I; Filed: $2,086.98; Reference: | 7990-000 | | 2,086.98 | 82,084.08 |
| 12/04/20 | 129 | Carol Bavousett Mattick, PLLC | Dividend paid 100.00% on $7,161.03; Claim# 6I; Filed: $7,161.03; Reference: | 7990-000 | | 7,161.03 | 74,923.05 |
| 12/04/20 | 130 | Georgie W. Lewis | Dividend paid 100.00% on $4,497.63; Claim# 8I; Filed: $4,497.63; Reference: | 7990-000 | | 4,497.63 | 70,425.42 |
| 12/04/20 | 131 | Nome Joint Utility System | Dividend paid 100.00% on $135.53; Claim# 10I; Filed: $135.53; Reference: | 7990-000 | | 135.53 | 70,289.89 |
| 12/04/20 | 132 | City of Nome | Dividend paid 100.00% on $135.99; Claim# 11I; Filed: $135.99; Reference: | 7990-000 | | 135.99 | 70,153.90 |
| 12/04/20 | 133 | Blue Water Gold LLC | Dividend paid 100.00% on $978.29; Claim# 13I; Filed: $978.29; Reference: | 7990-000 | | 978.29 | 69,175.61 |
| 12/04/20 | 134 | Blue Water Mining, LLC | Dividend paid 100.00% on $102.95; Claim# 14I; Filed: $102.95; Reference: | 7990-000 | | 102.95 | 69,072.66 |
| 12/04/20 | 135 | Eagle Harbor Engineering, PLLC | Dividend paid 100.00% on $299.91; Claim# 15I; Filed: $299.91; Reference: | 7990-000 | | 299.91 | 68,772.75 |
| 12/04/20 | 136 | City of Nome | Dividend paid 100.00% on $478.12; Claim# 16I; Filed: $478.12; Reference: | 7990-000 | | 478.12 | 68,294.63 |
| 12/04/20 | 137 | Morgan Sales and Service | Dividend paid 100.00% on $17.84; Claim# 17I; Filed: $17.84; Reference: Stopped on 03/22/21 | 7990-000 | | 17.84 | 68,276.79 |
| 12/04/20 | 138 | Soleer LLC | Dividend paid 100.00% on $8.42; Claim# 18I; Filed: $8.42; Reference: Stopped on 12/22/20 | 7990-000 | | 8.42 | 68,268.37 |
| 12/04/20 | 139 | Bonanza Fuel, LLC | Dividend paid 100.00% on $6.84; Claim# 19I; Filed: $6.84; Reference: | 7990-000 | | 6.84 | 68,261.53 |
| 12/04/20 | 140 | NC Machinery | Dividend paid 100.00% on $3.78; Claim# 20I; Filed: $3.78; Reference: | 7990-000 | | 3.78 | 68,257.75 |
| 12/04/20 | 141 | InCorp Services, Inc. | Dividend paid 100.00% on $4.40; Claim# 21I; Filed: $4.40; Reference: Stopped on 03/22/21 | 7990-000 | | 4.40 | 68,253.35 |
| 12/04/20 | 142 | City of Nome | Dividend paid 100.00% on $170.59; Claim# 224DEI; Filed: $170.59; Reference: | 7990-000 | | 170.59 | 68,082.76 |
| 12/04/20 | 143 | Pomrenke Mining LLC | Dividend paid 100.00% on $266.88; Claim# | 8200-002 | | 266.88 | 67,815.88 |

Subtotals :   $0.00   $16,539.18

{} Asset reference(s)

Printed: 05/04/2021 02:59 PM    V.20.33

Case 19-00083    Filed 05/10/21    Entered 05/10/21 14:34:04    Doc# 357    Page 12 of 14

Exhibit 9

## Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 19-00083 | | Trustee: | KENNETH W. BATTLEY (230020) |
|---|---|---|---|---|
| Case Name: | POMRENKE MINING, LLC, A DELAWARE LI | | Bank Name: | Mechanics Bank |
| | | | Account: | ******4866 - Checking Account |
| Taxpayer ID #: | **-***9133 | | Blanket Bond: | $55,683,398.00  (per case limit) |
| Period Ending: | 05/04/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 111; Filed: $266.88; Reference:<br>Voided on 12/04/20 | | | | |
| 12/04/20 | 143 | Pomrenke Mining LLC | Dividend paid 100.00% on $266.88; Claim#<br>111; Filed: $266.88; Reference:<br>Voided: check issued on 12/04/20 | 8200-002 | | -266.88 | 68,082.76 |
| 12/07/20 | 144 | Roland Werner | paid per order filed 12-2-20 | 8200-052 | | 944.82 | 67,137.94 |
| 12/07/20 | 145 | Blue Water Gold LLC | | 8100-000 | | 54,799.52 | 12,338.42 |
| 12/07/20 | 146 | Blue Water Mining LLC | | 8200-052 | | 2,995.28 | 9,343.14 |
| 12/07/20 | 147 | Law Offices of Cabot Christianson, P.C. | | 3210-000 | | 8,876.00 | 467.14 |
| 12/07/20 | 148 | Kenneth Battley | | 2100-000 | | 467.14 | 0.00 |
| 12/22/20 | 124 | Soleer LLC | Dividend paid 100.00% on $189.44; Claim#<br>18; Filed: $189.44; Reference:<br>Stopped: check issued on 12/04/20 | 7200-000 | | -189.44 | 189.44 |
| 12/22/20 | 138 | Soleer LLC | Dividend paid 100.00% on $8.42; Claim# 18I;<br>Filed: $8.42; Reference:<br>Stopped: check issued on 12/04/20 | 7990-000 | | -8.42 | 197.86 |
| 12/22/20 | 149 | Soleer LLC | payment on claim #18 | 7200-000 | | 189.44 | 8.42 |
| 12/22/20 | 150 | Soleer LLC | interest on claim #18 | 7990-000 | | 8.42 | 0.00 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 638.07 | -638.07 |
| 01/05/21 | | Mechanics Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -638.07 | 0.00 |
| 03/22/21 | 123 | Morgan Sales and Service | Dividend paid 100.00% on $401.63; Claim#<br>17; Filed: $401.63; Reference:<br>Stopped: check issued on 12/04/20 | 7200-000 | | -401.63 | 401.63 |
| 03/22/21 | 127 | InCorp Services, Inc. | Dividend paid 100.00% on $99.00; Claim# 21;<br>Filed: $99.00; Reference:<br>Stopped: check issued on 12/04/20 | 7200-000 | | -99.00 | 500.63 |
| 03/22/21 | 137 | Morgan Sales and Service | Dividend paid 100.00% on $17.84; Claim# 17I;<br>Filed: $17.84; Reference:<br>Stopped: check issued on 12/04/20 | 7990-000 | | -17.84 | 518.47 |
| 03/22/21 | 141 | InCorp Services, Inc. | Dividend paid 100.00% on $4.40; Claim# 21I;<br>Filed: $4.40; Reference:<br>Stopped: check issued on 12/04/20 | 7990-000 | | -4.40 | 522.87 |
| 03/25/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 522.87 | 0.00 |

Subtotals :          $0.00          $67,815.88

{} Asset reference(s)

Printed: 05/04/2021 02:59 PM     V.20.33

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 19-00083 | **Trustee:** | KENNETH W. BATTLEY (230020) |
| **Case Name:** POMRENKE MINING, LLC, A DELAWARE LI | **Bank Name:** | Mechanics Bank |
| | **Account:** | ******4866 - Checking Account |
| **Taxpayer ID #:** **-***9133 | **Blanket Bond:** | $55,683,398.00 (per case limit) |
| **Period Ending:** 05/04/21 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 590,472.92 | 590,472.92 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 522.87 | |
| | | | **Subtotal** | | **590,472.92** | **589,950.05** | |
| | | | Less: Payments to Debtors | | | 58,739.62 | |
| | | | **NET Receipts / Disbursements** | | **$590,472.92** | **$531,210.43** | |

{} Asset reference(s)

Printed: 05/04/2021 02:59 PM    V.20.33

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 19-00083  
**Case Name:** POMRENKE MINING, LLC, A DELAWARE LI  

**Taxpayer ID #:** **-***9133  
**Period Ending:** 05/04/21  

**Trustee:** KENNETH W. BATTLEY (230020)  
**Bank Name:** TriState Capital Bank  
**Account:** ******5407 - Checking Account  
**Blanket Bond:** $55,683,398.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/21 | | | | 9999-000 | 522.87 | | 522.87 |
| 04/01/21 | 10151 | U. S. Bankruptcy Court District of Alaska | Unclaimed Funds on Claim # 17 & 21 | 7100-000 | | 522.87 | 0.00 |
| | | | ACCOUNT TOTALS | | 522.87 | 522.87 | $0.00 |
| | | | Less: Bank Transfers | | 522.87 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 522.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $522.87 | |

Net Receipts : 590,472.92  
Plus Gross Adjustments : 300.00  
Less Payments to Debtor : 3,940.10  

Net Estate : $586,832.82  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4866** | 590,472.92 | 531,210.43 | 0.00 |
| **Checking # ******5407** | 0.00 | 522.87 | 0.00 |
| | $590,472.92 | $531,733.30 | $0.00 |

{} Asset reference(s)

Printed: 05/04/2021 02:59 PM    V.20.33